# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑        Case No. CR-17-011-R

Number of Counts __8+Forfeiture__   Number of Defendants __6__   USAOID No. _____   By: __Rb__

**SS INDICTMENT**

Sealed: Yes ☑ No ☐        OCDETF: Yes ☐ No ☑        Notice ☐   Summons ☐   Writ ☐   Warrant ☑ to Issue

| DEFENDANT: **DAVID ADUDDELL** | | FEB 2 2 2017 |
|---|---|---|
| Alias(es): | Address: | |
| | Phone: | |
| Age&DOB: xx/xx/1951 | SS#: xxx-xx-7205 | Juvenile: Yes ☐ No ☑   Interpreter: Yes ☐ No ☑ |
| SEX: M ☑ F ☐ | RACE: White | Language/Dialect: English |

**Defendant Status:**

| ☑ Not in Custody | Type of Bond Recommended on this Charge: |
| | OR ☐   Cash ☐   10% ☐   Unsecured ☐   Surety ☐ |
| Bond set at: $        Date: | |
| Current Bond on Other Charge   Federal ☐   State ☐ | Bond in Amount of: $ |
| ☐ In Jail at: | Under Prisoner/Register No.:        Detention ☑ |

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. M- | Government Motion to Detain:   Yes ☐   No ☐ |
| Complaint:   Yes ☐   No ☐ | Bond Set: |

**RECEIVED** FEB 2 2 2017
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of : |
| Additional Defendants:   Yes ☐   No ☐ | Total Number of defendants: |

**Attorney Information:**

| Defense Counsel: | AUSA: Edward J. Kumiega | |
| Address: | Phone: 405/553-8700 | Fax: 405/553-8888 |
| Phone:   Fax: | Federal Agent/Agency: Oklahoma Department of Agriculture, Food, and Forestry Investigative Services |
| Retained ☐   CJA Panel ☐   Public Defender ☐ | Local Agent/Agency: |

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 7 | 18 U.S.C. § 2315; and 18 U.S.C. § 2(a) | Possession of Stolen Property which Crossed a State Boundary; and aiding and abetting | NMT 5 years imprisonment, $250,000 fine, or both, NMT 3 years S/R, restitution; $100.00 S/A |
| Forfeiture | 18 U.S.C. § 924(d) 18 U.S.C. § 981(a)(1)(C) 28 U.S.C. § 2461 | Criminal Forfeiture | |

Date: 2-22-17        Signature of AUSA _____        800/6-97